AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE        DISTRICT OF        PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
| v. | CASE NUMBER: 99-218(PG) |
| RAMON LUIS CARABALLO-VEGA | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America. Additionally it is respectfully requested that electronic notification to Assistant U.S. Attorney Sonia Torres be terminated.

November 19, 2004          /s/ *George A. Massucco*
*Date*          *Signature*

         *GEORGE A. MASSUCCO, AUSA*
         *Print Name*

         *Room 1201, Torre Chardon,*
         *350 Carlos Chardon Street*
         *Hato Rey, Puerto Rico 00918*
         *Address*

         *(787) 766-5656*
         Phone Number
         george.massucco@usdoj.gov
         E-mail Address

**Notice of Appearance**
**Page 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date November 19, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all the parties.

/s/ *George A. Massucco*
George A. Massucco, AUSA
Torre Chardón, Suite 1201
350 Carlos Chardón Avenue
Hato Rey, Puerto Rico 00918
(787) 766-5656
E-mail Address: george.massucco@usdoj.gov